Lawrence J. Gornick (SBN 136290)
Emily Charley (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Tel: (415) 646-7160
Fax: (415) 981-1270

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAUSTO GUTIERREZ-CRUZ, | No. C 05 5267 PJH |
| Plaintiff, | Before the Honorable PHYLLIS J. HAMILTON |
| vs. | [~~PROPOSED~~] ORDER ~~VACATING AND/OR~~ CONTINUING CASE MANAGEMENT CONFERENCE |
| ELI LILLY AND COMPANY, | Conference Date:   APRIL 20, 2006 |
| Defendant. | Conference Time:   2:30 p.m.<br>Location:   Courtroom 3, 17TH Fl. |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the APRIL 20, 2006 Case Management Conference ("CMC") to August 24, 2006, at 2:30 p.m. In the event the case is not transferred to the Honorable Claudia Wilken and/or the Eastern District of New York as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 5 court days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED**


DATED:  4/11/06

_____
HON. PHYLLIS J. HAMILTON
United States District Court Judge

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*

---

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1