LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA 94104
Telephone: 415-646-7160
Facsimile: 415-981-1270

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAUSTIO GUTIERREZ-CRUZ,<br><br>Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | No. C 05 5267 PJH<br><br>Before the Honorable Phyllis J. Hamilton<br><br>[~~PROPOSED~~] ORDER ~~VACATING AND/OR~~ CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Conference Date: August 24, 2006<br>Conference Time: 2:30 pm<br>Location: Courtroom 3, 17th Floor |

For the reasons set forth in Plaintiff and Defendant's Joint Case Management Conference Statement, the Court hereby continues the August 24, 2006 Case Management Conference ("CMC") to December 21, 2006, at 2:30 p.m. In the event the case is not transferred to the Honorable Claudia Wilken and/or as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 5 calendar days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED.**

DATED: 8/18/06

_____
Honorable
United S

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton]*

— 3 —
[Proposed] Order